In re ESTATE OF JOSEPH PARRILLI.—(ROBERT W. SCHERMAN, Ex'r of the Estate of Joseph Parrilli, Deceased, Petitioner-Appellant, *v.* GEORGE J. PARRILLI, Respondent-Appellee.)

(No. 60788;

First District (3rd Division)—March 20, 1975.

Opinion by Mr. JUSTICE McNAMARA.

Milton K. Joseph, of Rosemont, for appellant.

No appearance for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* BOBBIE SMYLES, Defendant-Appellee.—THE CITY OF CHICAGO, Plaintiff-Appellant, *v.* BOBBIE SMYLES, Defendant-Appellee.

(Nos. 60416-60420 cons.;

First District (2nd Division)—March 25, 1975.